IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 12-1581 (LPS) |
| TREND MICRO INCORPORATED, and TREND MICRO, INC. (USA), | ) ) ) ) |
| Defendants. | ) |

**TREND MICRO INCORPORATED AND TREND MICRO, INC. (USA)'S
MOTION FOR LEAVE TO FILE JUDGMENT ON THE PLEADINGS THAT THE
ASSERTED CLAIMS OF U.S. PATENT NO. 6,460,050
ARE INVALID UNDER 35 U.S.C. § 101**

Defendants Trend Micro Incorporated and Trend Micro, Inc. (USA) (collectively, "Trend Micro") respectfully seek leave to file a motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) that U.S. Patent No. 6,460,050 (the "'050 patent") is invalid for failing to claim patent-eligible subject matter pursuant to 35 U.S.C. § 101.

Good cause exists for briefing and hearing Trend Micro's proposed motion now.  First, on June 19, 2014, following summary judgment proceedings in this action, the Supreme Court issued its decision in *Alice Corporation Pty. Ltd. v. CLS Bank International*, 134 S. Ct. 2347 (2014), which set forth the standards for deciding issues of patent eligibility under 35 U.S.C. § 101 for computer-implemented inventions.  In particular, the Supreme Court held that "mere recitation of a generic computer cannot transform a patent-ineligible abstract idea into a patent-eligible invention."  134 S. Ct. at 2357.  Additional opinions applying *Alice* in the computer network context recently have issued from the Federal Circuit (*see, e.g.*, *buySAFE Inc. v. Google, Inc.*, No. 2013-1575, 2014 WL 4337771 (Fed. Cir. Sept. 3, 2014)), and from this District (*e.g., Walker Digital, LLC v. Google, Inc.*, C.A. No. 11–318–LPS, 2014 WL 2880474 (D. Del.

June 24, 2014); *Comcast IP Holdings I, LLC v. Sprint Commc'ns Co.*, C.A. No. 12–205–RGA, 2014 WL 3542055 (D. Del. July 16, 2014)). These cases demonstrate that the claims of the '050 patent are ineligible for patent protection, and should be dismissed from the case. Trend Micro respectfully submits that it is proper to hear the proposed motion now in light of this case law, which was not available when the parties filed, or the Court decided, summary judgment motions.

Second, Rule 12(c) of the Federal Rules of Civil Procedure permits motions for judgment on the pleadings any time after pleadings are closed, "but early enough not to delay trial." Such motions "must be heard and decided before trial unless the court orders a deferral until trial." Fed. R. Civ. P. 12(i). Courts in this District have considered Rule 12(c) motions post-discovery and shortly before trial. *See, e.g., ICU Medical, Inc. v. RyMed Techs., Inc.*, C.A. No. 07-468-LPS, 752 F. Supp. 2d 486 (D. Del. 2010). With trial still nearly seven months away in May 2015, there should be ample time for the issue of the subject matter eligibility of the '050 patent to be considered without delaying trial. Trend Micro further suggests that it would be most efficient to decide the issue of patent eligibility of the asserted '050 patent claims prior to trial because patent eligibility under 35 U.S.C. § 101 is a matter of law for the Court to decide[1], and because the '050 patent constitutes 95% of the alleged damages sought by Plaintiff Intellectual Ventures I, LLC ("IV") in this litigation. Resolution of this issue in Trend Micro's favor would reduce the number of issues to be tried next May—if not obviate the need for a trial altogether.

---

[1] *See, e.g., Cybersource Corp. v. Retail Decisions, Inc.*, 654 F.3d 1366, 1369 (Fed. Cir. 2011) ("Issues of patent-eligible subject matter are questions of law and are reviewed without deference.").

In light of good cause shown, Trend Micro submits herewith as Ex. A its opening brief and as Ex. B the declaration of Michael Flynn, in support of its motion for judgment on the pleadings.

Alternatively, if the Court prefers to address the subject matter eligibility issues in a different manner, Trend Micro respectfully seeks direction as to the Court's preferred procedure for doing so. Trend Micro suggests that the subject matter eligibility issues could be heard in advance of the upcoming Symantec trial (C.A. No. 10-1067), which is scheduled to begin January 26, 2015, or otherwise as the Court believes appropriate. In particular, Symantec already has proposed to IV that opening briefs concerning subject matter eligibility issues be filed on December 2, 2014, with responsive briefs due December 16, 2014, and reply briefs due December 23, 2014.

Pursuant to D. Del. LR 7.1.1, counsel for Trend Micro met and conferred with counsel for Intellectual Ventures regarding this motion, and Intellectual Ventures has stated that it will oppose.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Michael J. Flynn* |
|  | Karen Jacobs (#2881)<br>Michael J. Flynn (#5333)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>kjacobs@mnat.com<br>mflynn@mnat.com |
| OF COUNSEL: | |
| Yar R. Chaikovsky<br>D. Stuart Bartow<br>MCDERMOTT, WILL & EMERY LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA 94025<br>(650) 815-7400 | *Attorneys for Trend Micro Incorporated and Trend Micro, Inc. (USA)* |

November 6, 2014

8642189.2

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on November 6, 2014, upon the following individuals in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, III<br>Brian E. Farnan<br>FARNAN LLP<br>919 N. Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Parker C. Folse III<br>Brooke A.M. Taylor<br>Lindsey N. Godfrey<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA  98101-3000<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| John P. Lahad<br>Weston O'Black<br>Richard W. Hess<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, TX  77002<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)