# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Karen Jacobs**
(302) 351-9227
kjacobs@mnat.com

December 23, 2014

The Honorable Leonard P. Stark                                    *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Intellectual Ventures I LLC v. Trend Micro Incorporated, et al.*,
            C.A. No. 12-1581 (LPS)

Dear Chief Judge Stark:

      We write on behalf of the Trend Micro defendants. We understand that the parties in the co-pending IV/Symantec action (C.A. 10-1067) have made different proposals in their Joint Pretrial Order, filed December 19, 2014, for presenting evidence and argument concerning whether the patent claims-in-suit constitute patentable subject matter under 35 U.S.C. § 101. As the Court is aware, these Section 101 issues are also pending in IV's case against Trend Micro, which is scheduled for trial in May 2015.

      As a result, counsel for Trend Micro plans to attend the January 9, 2015 pretrial conference. Subject to the Court's permission, and to the extent the Court will entertain discussion by the parties, Trend Micro requests an opportunity to be heard at that time on the procedural issues regarding Section 101.

                                                                             Respectfully,

                                                                               */s/ Karen Jacobs*

                                                                            Karen Jacobs (#2881)

KJ:pab
cc:    Clerk of the Court
         All Counsel of Record
         All Counsel for Intellectual Ventures &Symantec Corporation (C.A. No. 10-1067)

8766166