IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1581 (LPS) |
| | ) |
| TREND MICRO INCORPORATED and | ) |
| TREND MICRO, INC. (USA), | ) |
| | ) |
| Defendants. | ) |

**TREND MICRO INCORPORATED AND TREND MICRO, INC. (USA)'S
MOTION TO FOR JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 101**

Defendants Trend Micro Incorporated and Trend Micro, Inc. (USA) (collectively, "Trend Micro") hereby move for judgment that all patent claims asserted by Intellectual Ventures I LLC are invalid for failure to claim patent-eligible subject matter under 35 U.S.C. § 101. The grounds for this motion are set forth in Trend Micro's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

OF COUNSEL:

Yar R. Chaikovsky
D. Stuart Bartow
David L. Larson
MCDERMOTT, WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025
(650) 815-7400

Christopher D. Bright
MCDERMOTT, WILL & EMERY LLP
4 Park Plaza, Suite 1700
Irvine, CA  92614-2559
(949) 851-0633

March 13, 2015

Karen Jacobs (#2881)
Michael J. Flynn (#5333)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
kjacobs@mnat.com
mflynn@mnat.com

*Attorneys for Trend Micro Incorporated and
Trend Micro, Inc. (USA)*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 13, 2015, upon the following individuals in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, III<br>Brian E. Farnan<br>FARNAN LLP<br>919 N. Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Parker C. Folse III<br>Brooke A.M. Taylor<br>Lindsey N. Godfrey<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA  98101-3000<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| John P. Lahad<br>Weston O'Black<br>Richard W. Hess<br>Max L. Tribble<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, TX  77002<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Michael J. Flynn*
_____
Michael J. Flynn (#5333)