IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-1581 (LPS) |
| ) | |
| TREND MICRO INCORPORATED and ) | |
| TREND MICRO, INC. (USA), ) | |
| ) | |
| Defendants. ) | |

**TREND MICRO INCORPORATED AND TREND MICRO, INC. (USA)'S MOTION TO DECLARE THIS CASE EXCEPTIONAL AND AWARD FEES UNDER 35 U.S.C. § 285**

Defendants Trend Micro Incorporated and Trend Micro, Inc. (USA) (collectively, "Defendants"), hereby move to declare this case exceptional under 35 U.S.C. § 285, and for an award of the attorneys' fees Defendants incurred as a result of Intellectual Ventures I LLC's change of position regarding claim construction issues for the term "characteristic." The grounds for this motion are set forth in Defendants' Opening Brief filed herewith.

OF COUNSEL:

Yar R. Chaikovsky
D. Stuart Bartow
Bruce Yen
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
(650) 320-1800

Donald L. Morrow
PAUL HASTINGS LLP
695 Town Center Drive, 17th Floor
Costa Mesa, CA 92626
(714) 668-6200
Blair M. Jacobs
Allan M. Soobert
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
(202) 551-1700

David L. Larson
McDERMOTT, WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
(650) 815-7400

February 2, 2017

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*

Karen Jacobs (#2881)
Michael J. Flynn (#5333)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
kjacobs@mnat.com
mflynn@mnat.com
   *Attorneys for Trend Micro Incorporated
   and Trend Micro, Inc. (USA)*

2

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that a reasonable effort has been made to reach agreement with Plaintiff's counsel on the matters set forth in the motion and that we have not been able to reach agreement.

*/s/ Karen Jacobs*
Karen Jacobs (#2881)

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on February 2, 2017, upon the following individuals in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, III<br>Brian E. Farnan<br>FARNAN LLP<br>919 N. Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Parker C. Folse III<br>Brooke A.M. Taylor<br>Lindsey N. Godfrey<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA  98101-3000<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| John P. Lahad<br>Weston O'Black<br>Richard W. Hess<br>Max L. Tribble<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, TX  77002<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Karen Jacobs*
Karen Jacobs (#2881)