**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **INTELLECTUAL VENTURES I LLC,** | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 12-cv-1581-LPS |
| v. | ) ) | |
| **TREND MICRO INCORPORATED, et al.** | ) ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order at the conclusion of the August 31 hearing on Trend Micro's Motion To Declare This Case Exceptional And Award Fees Under 35 U.S.C. §285, the parties met and conferred by phone on September 7, 2017. The parties agreed to a schedule for Trend Micro to submit to the Court its accounting of fees for which it seeks an award, a deadline for IV's objections to the accounting, and a date by which Trend will respond to any objections. The schedule as agreed at this time is as follows:

1. Trend will file its accounting of fees and supporting evidence by no later than **October 6, 2017**.

2. IV will file any objections to Trend's accounting by no later than **October 27, 2017**.

3. Trend may file a response to IV's objections by no later than **November 3, 2017**.

The parties note for the Court two additional issues raised by IV and discussed during the meet and confer. First, IV asked Trend what scope of work and tasks would be encompassed by Trend Micro's proposed accounting of fees, since that could impact the time required for IV to review and respond to it, and in view of an article published by IP Law 360 and a press release

issued by Trend after the hearing regarding the potential amount of fees it intended to seek.[1] Trend Micro stated several times during the meet and confer that the scope of work for which Trend Micro would include in its updated accounting of attorneys' fees sought would be consistent with the Court's oral order during the August 31 hearing.  Trend explained that the exact amount sought in view of the necessary review and updating of the accounting will be provided to IV on October 6, 2017, when it files its accounting.  Trend Micro stated that it was unable to provide additional detail before it had completed its review of invoices consistent with the Court's order and the relief sought by Trend Micro.   Moreover, Trend explained that providing additional detail at this time was at least partially impacted by the partner at Paul Hastings largely responsible for creating the original fair estimate in Trend Micro's motion no longer being with the firm.

    Second, IV asked Trend Micro whether it intended to submit any information to the Court <u>in camera</u> that it would not also serve on IV, and if so, how much information might be encompassed by an <u>in camera</u> submission, since that question could both affect the briefing schedule and raise issues that IV might need to address with the Court if the answer imperiled its ability to represent its interests in a manner consistent with due process.  Trend Micro proposed that it inform IV one week prior to its October 6, 2017 submission whether it believes <u>in camera</u> inspection will be needed.  If so, Trend Micro agreed to meet and confer with IV on an acceptable procedure such that IV has a fair opportunity to respond to anything submitted in camera (e.g., by providing a log of the materials submitted).  IV has not agreed that Trend would be permitted to prove the amount of attorney's fees and their connection to the narrow relief

---

[1] https://www.law360.com/articles/959595;
http://newsroom.trendmicro.com/press-release/corporate/us-district-court-rules-intellectual-ventures-cover-certain-trend-micro-lega  (corrected on September 6, 2017)

awarded by the Court through submissions that would not be reviewable by IV. However, the parties agreed to deal with that issue if and when it becomes ripe, and respectfully provide notice to the Court, that to the extent further meet-and-confers may be needed, they may result in a request by IV to adjust the briefing schedule or to provide procedures for document review that will ensure IV has a fair opportunity to respond to Trend Micro's forthcoming accounting of fees.

Dated: September 8, 2017

Respectfully submitted,

FARNAN LLP

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com

*Attorneys for Plaintiff Intellectual Ventures I, LLC*

*/s/ Michael J. Flynn*
Karen Jacobs (Bar No. 2881)
Michael J. Flynn (Bar No. 5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@mnat.com
mflynn@mnat.com

*Attorneys for Defendants Trend Micro Incorporated and Trend Micro, Inc. (USA)*