IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1581 (LPS) |
| | ) |
| TREND MICRO INCORPORATED and | ) |
| TREND MICRO, INC. (USA), | ) |
| | ) |
| Defendants. | ) |

**TREND MICRO'S MOTION IN SUPPORT OF
ACCOUNTING OF ITS ATTORNEYS FEES**

Defendants Trend Micro Incorporated and Trend Micro, Inc. (USA) (collectively, "Trend Micro"), hereby respectfully request that the Court award Defendants' fees as set forth in its Opening Brief and Declarations submitted herewith.

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|

*/s/ Karen Jacobs*

OF COUNSEL:

Yar R. Chaikovsky
Philip Ou
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA  94304
(650) 320-1800

Donald L. Morrow
PAUL HASTINGS LLP
695 Town Center Drive, 17th Floor
Costa Mesa, CA  92626
(714) 668-6200

Blair M. Jacobs
Allan M. Soobert
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC  20005
(202) 551-1700

October 11, 2017

Karen Jacobs (#2881)
Michael J. Flynn (#5333)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
kjacobs@mnat.com
mflynn@mnat.com
   *Attorneys for Trend Micro Incorporated
   and Trend Micro, Inc. (USA)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on October 11, 2017, upon the following individuals in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, III<br>Brian E. Farnan<br>FARNAN LLP<br>919 N. Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Parker C. Folse III<br>Brooke A.M. Taylor<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA  98101-3000<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| John P. Lahad<br>Weston O'Black<br>Richard W. Hess<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, TX  77002<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

                                          */s/ Karen Jacobs*
                                          Karen Jacobs (#2881)