IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC,   )<br>                                                           )<br>                      Plaintiff,                )<br>                                                           )       C.A. No. 12-1581 (LPS)<br>           v.                                         )<br>                                                           )       **REDACTED:**<br>TREND MICRO INCORPORATED and  )       **PUBLIC VERSION**<br>TREND MICRO, INC. (USA),              )<br>                                                           )<br>                      Defendants.           ) | |

**DECLARATION OF YAR R. CHAIKOVSKY IN SUPPORT OF TREND MICRO'S
ACCOUNTING OF ATTORNEYS' FEES**

I, Yar R. Chaikovsky, declare and state as follows:

1. I am a partner with the law firm of Paul Hastings LLP ("Paul Hastings"), and lead counsel for Defendants Trend Micro Incorporated and Trend Micro, Inc. (USA) (collectively, "Trend Micro") in the above-captioned litigation. I was previously a partner at the law firm of McDermott Will & Emery LLP ("McDermott"), where at the time I was also lead counsel for Trend Micro. I submit this declaration supporting the accounting of attorneys' fees submission by Trend Micro based on personal knowledge following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Paul Hastings has represented Trend Micro since approximately April 2015. Prior to April 2015, while I was still a partner at McDermott, McDermott represented Trend Micro since the litigation commenced in 2010.

3. I understand that attached as Exhibit A to the declaration of my colleague, Philip Ou, are true and correct copies of the relevant monthly invoices from McDermott and Paul Hastings submitted to Trend Micro. I further understand that attached as Exhibit B to the Ou Declaration are summary tables of the hours billed, the billing rates, and total amount of

attorneys' fees sought in this accounting of fees submission on a monthly basis. The amounts reflected in the invoices were billed by McDermott and Paul Hastings to Trend Micro, and subsequently paid by Trend Micro with the exception of invoices recently submitted to Trend Micro. I have no reason to believe that these recent invoices will not be paid by Trend Micro.

4. McDermott and Paul Hastings timekeeper records are entered into a time and billing system on a regular basis. Only the fees actually incurred by Trend Micro are included in this motion.

5. I have reviewed the time entries included with Exhibit A and believe the narrative entries reflect a reasonable amount of time devoted to the described tasks, and that each task was reasonably necessary to the matters for which fees are being sought. This review occurred at the time of billing. In that review, I used my regular and ordinary billing judgment to examine the recorded time entries and ensure that the recorded time was reasonable, *e.g.,* that it was not excessive, redundant, or otherwise unnecessary to the litigation, and that any excess amounts were written off. I performed this review from the same perspective I used when preparing bills for other clients with hourly fee billing agreements and in accordance with the Rules of Professional Conduct. For each invoice up until June 2017, around the same time as my review, my former colleague D. Stuart Bartow also reviewed each invoice and the time entries included therein.

6. In some instances, we believed that the recorded time entries were reasonable, but the recorded time entries were nevertheless not billed to Trend Micro ███████████ ███. In these instances, the recorded time entry was still reflected in the invoice, but the amount billed to Trend Micro is zero. Some of these recorded time entries fall within the scope

of the relief sought in Trend Micro's motion, but because they were not billed to Trend Micro, are not included in the accounting of fees in support of Trend Micro's motion.

7.      The hourly billing rates of Paul Hastings and McDermott attorneys generally track experience and years at the firm and similar to fees charged to other clients for similar matters.

8.      I believe that the billing rates charged by Paul Hastings and McDermott as reflected in Exhibits A and B to the Ou Declaration are in line with prevailing market rates. This is supported by the American Intellectual Property Law Association's *Report of the Economic Survey* ("AIPLA Report"), which I understand that supporting excerpts from the 2015 and 2017 reports are included with the Ou Declaration.

9.      In my experience, the total fees incurred by Paul Hastings and McDermott that fall within the scope of Trend Micro's requested relief were reasonable and necessary to accomplish the tasks assigned by Trend Micro.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 11th day of October 2017.

*/s/ Yar R. Chaikovsky*
Yar R. Chaikovsky