# EXHIBIT A

# REDACTED
# IN ITS
# ENTIRETY

# EXHIBIT B

# REDACTED
# IN ITS
# ENTIRETY

# EXHIBIT C

# AIPLA

# 2015 Report of the Economic Survey

Prepared Under Direction of
Law Practice Management Committee



**American Intellectual Property Law Association**
241 18th Street South, Suite 700
Arlington, Virginia 22202
www.aipla.org



## AIPLA
### American Intellectual Property Law Association
Serving America's Legal and Creative Community

# Report of the
# Economic Survey
# 2015

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

Richard W. Goldstein, Chair
Donika P. Pentcheva, Vice Chair

June 2015

Prepared by:



ARI Association Research, Inc.

910 Clopper Road, Suite 210N ■ Gaithersburg, Maryland 20878
TEL: (240) 268-1262 ■ ARI@associationresearch.com

# AIPLA Law Practice Management 2015 Economic Survey Participants

**We would like to thank those who helped put together and review this year's AIPLA Economic Survey:**

**Richard Goldstein**: Goldstein Patent Law – Chair of LPM Committee

**Donika Pentcheva**:  Westman, Champlin & Koeher – Vice Chair of LPM Committee

---

**David A. Divine**: Lee & Hayes – Chair of Economic Survey Subcommittee

---

**Ashraf Abdul-Mohsen**: ARI

**Rhonda Bogart**: Lee & Hayes

**Meghan Donohoe**: AIPLA

**Jennifer Jedra**: Myers Wolin

**Megan Kirkegaard**: ARI

**Kevin Kirsch**: Baker Hostetler

**Douglas Nemec**: Skadden, Arps, Slate, Meagher & Flom LLP

**John Shumaker**: Lee & Hayes

---

**©2015 AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION**

ALL RIGHTS RESERVED. NO PART OF THIS BOOK MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC OR MECHANICAL, INCLUDING PHOTOCOPYING, RECORDING, OR BY AN INFORMATION STORAGE AND RETRIEVAL SYSTEM, WITHOUT PERMISSION IN WRITING FROM THE PUBLISHER.

COPIES OF THIS REPORT ARE AVAILABLE FROM AIPLA AT A COST OF $45 PER COPY FOR MEMBERS AND $495 PER COPY FOR NON-MEMBERS.

**AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION**
**241 18TH STREET, SOUTH, SUITE 700**
**ARLINGTON VA 22202-3694**
(703) 415-0780
WWW.AIPLA.ORG

Private Firm, Partner

## Average hourly billing rate in 2014 (Q29)

*Private Firm, Partner*

| | | Average hourly billing rate in 2014 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 402 | $471 | $300 | $350 | $425 | $529 | $709 |
| Years of Intellectual Property Law Experience | 5-6 | 6 | $255 | ISD | $232 | $258 | $278 | ISD |
| | 7-9 | 21 | $338 | $261 | $295 | $310 | $398 | $470 |
| | 10-14 | 55 | $389 | $288 | $312 | $375 | $450 | $500 |
| | 15-24 | 163 | $468 | $300 | $365 | $425 | $515 | $692 |
| | 25-34 | 100 | $517 | $331 | $400 | $483 | $588 | $870 |
| | 35 or More | 54 | $553 | $353 | $409 | $508 | $653 | $855 |
| Location | Boston CMSA | 18 | $576 | $390 | $421 | $503 | $786 | $831 |
| | NYC CMSA | 30 | $530 | $337 | $368 | $400 | $634 | $995 |
| | Philadelphia CMSA | 14 | $510 | $325 | $450 | $480 | $556 | $778 |
| | Washington, DC CMSA | 71 | $534 | $350 | $400 | $485 | $640 | $824 |
| | Other East | 17 | $427 | $298 | $342 | $420 | $490 | $600 |
| | Metro Southeast | 12 | $439 | $306 | $331 | $430 | $538 | $606 |
| | Other Southeast | 11 | $379 | $306 | $330 | $340 | $400 | $600 |
| | Chicago CMSA | 26 | $452 | $338 | $375 | $415 | $521 | $591 |
| | Minne.-St. Paul PMSA | 21 | $399 | $268 | $305 | $395 | $483 | $556 |
| | Other Central | 85 | $391 | $275 | $300 | $350 | $458 | $558 |
| | Texas | 25 | $501 | $298 | $370 | $440 | $598 | $860 |
| | Los Angeles CMSA | 9 | $561 | ISD | $405 | $575 | $660 | ISD |
| | San Francisco CMSA | 18 | $651 | $427 | $493 | $530 | $863 | $937 |
| | Other West | 45 | $411 | $272 | $338 | $400 | $478 | $530 |
| IP Technical Specialization (>=50%) | Biotechnology | 16 | $483 | $311 | $355 | $410 | $583 | $862 |
| | Chemical | 30 | $389 | $286 | $300 | $368 | $431 | $600 |
| | Computer Hardware | 5 | $348 | ISD | $275 | $350 | $420 | ISD |
| | Computer Software | 37 | $427 | $300 | $363 | $400 | $493 | $628 |
| | Electrical | 39 | $488 | $300 | $325 | $435 | $600 | $825 |
| | Mechanical | 84 | $436 | $298 | $341 | $405 | $500 | $591 |
| | Medical/ Health Care | 20 | $496 | $287 | $388 | $492 | $579 | $698 |
| | Pharmaceutical | 13 | $520 | $329 | $409 | $480 | $600 | $828 |
| Age | Younger than 35 | 3 | $315 | ISD | ISD | $340 | ISD | ISD |
| | 35-39 | 29 | $348 | $250 | $268 | $300 | $383 | $480 |
| | 40-44 | 48 | $425 | $290 | $300 | $375 | $469 | $621 |
| | 45-49 | 75 | $457 | $300 | $350 | $415 | $515 | $720 |
| | 50-54 | 82 | $459 | $300 | $366 | $437 | $503 | $635 |
| | 55-59 | 64 | $515 | $348 | $400 | $483 | $595 | $795 |
| | 60 or Older | 99 | $523 | $335 | $390 | $495 | $600 | $850 |
| Gender | Male | 349 | $477 | $300 | $360 | $430 | $550 | $725 |
| | Female | 48 | $433 | $300 | $300 | $400 | $500 | $620 |
| Highest Non-Law Degree | Bachelor's Degree | 268 | $464 | $300 | $350 | $425 | $510 | $701 |
| | Master's Degree | 86 | $474 | $297 | $343 | $408 | $550 | $802 |
| | Doctorate Degree | 23 | $456 | $315 | $335 | $438 | $585 | $648 |
| Ethnicity | White/Caucasian | 360 | $467 | $300 | $350 | $425 | $520 | $705 |
| | Hispanic/Latino | 6 | $540 | ISD | $493 | $550 | $605 | ISD |
| | Asian/Pacific Islander | 12 | $446 | $262 | $309 | $413 | $559 | $775 |
| | Blended | 7 | $385 | ISD | $275 | $400 | $475 | ISD |
| | Other | 3 | $937 | ISD | ISD | $1,000 | ISD | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 32 | $386 | $300 | $301 | $373 | $450 | $507 |
| | 3-5 | 61 | $392 | $275 | $328 | $400 | $428 | $525 |
| | 6-10 | 58 | $407 | $289 | $326 | $400 | $475 | $550 |
| | 11-25 | 93 | $436 | $297 | $350 | $400 | $480 | $600 |
| | 26-50 | 71 | $487 | $303 | $380 | $450 | $515 | $696 |
| | 51-100 | 45 | $565 | $380 | $451 | $510 | $705 | $829 |
| | 101-150 | 20 | $640 | $408 | $505 | $600 | $720 | $971 |
| | More than 150 | 21 | $733 | $480 | $594 | $795 | $868 | $942 |

Private Firm, Associate

## Average hourly billing rate in 2014 (Q29)

*Private Firm, Associate*

| | | Average hourly billing rate in 2014 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 222 | $343 | $205 | $250 | $315 | $416 | $550 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 75 | $279 | $186 | $210 | $255 | $300 | $419 |
| | 5-6 | 27 | $348 | $228 | $250 | $330 | $380 | $537 |
| | 7-9 | 48 | $366 | $225 | $282 | $340 | $408 | $600 |
| | 10-14 | 32 | $357 | $233 | $272 | $335 | $438 | $484 |
| | 15-24 | 22 | $472 | $276 | $411 | $450 | $581 | $631 |
| | 25-34 | 6 | $486 | ISD | $386 | $530 | $573 | ISD |
| | 35 or More | 4 | $448 | ISD | $373 | $445 | $525 | ISD |
| Location | Boston CMSA | 12 | $412 | $207 | $301 | $443 | $500 | $611 |
| | NYC CMSA | 16 | $481 | $272 | $368 | $443 | $636 | $690 |
| | Philadelphia CMSA | 4 | $326 | ISD | $273 | $315 | $389 | ISD |
| | Washington, DC CMSA | 47 | $363 | $250 | $285 | $350 | $400 | $534 |
| | Other East | 9 | $298 | ISD | $248 | $290 | $315 | ISD |
| | Metro Southeast | 10 | $372 | $241 | $284 | $350 | $435 | $590 |
| | Other Southeast | 8 | $236 | ISD | $178 | $237 | $288 | ISD |
| | Chicago CMSA | 11 | $418 | $252 | $285 | $445 | $470 | $617 |
| | Minne.-St. Paul PMSA | 11 | $240 | $184 | $209 | $240 | $250 | $328 |
| | Other Central | 30 | $255 | $161 | $199 | $245 | $303 | $335 |
| | Texas | 16 | $333 | $142 | $236 | $253 | $449 | $631 |
| | Los Angeles CMSA | 8 | $412 | ISD | $291 | $380 | $570 | ISD |
| | San Francisco CMSA | 7 | $463 | ISD | $420 | $425 | $575 | ISD |
| | Other West | 33 | $309 | $200 | $250 | $300 | $347 | $406 |
| IP Technical Specialization (>=50%) | Biotechnology | 15 | $338 | $208 | $270 | $300 | $425 | $500 |
| | Chemical | 18 | $341 | $200 | $254 | $328 | $420 | $482 |
| | Computer Hardware | 3 | $297 | ISD | ISD | $270 | ISD | ISD |
| | Computer Software | 38 | $374 | $219 | $248 | $323 | $488 | $605 |
| | Electrical | 25 | $356 | $191 | $243 | $305 | $458 | $634 |
| | Mechanical | 37 | $309 | $178 | $245 | $300 | $386 | $450 |
| | Medical/ Health Care | 10 | $343 | $192 | $220 | $355 | $425 | $467 |
| | Pharmaceutical | 11 | $398 | $211 | $315 | $388 | $520 | $653 |
| | Other areas | 3 | $260 | ISD | ISD | $250 | ISD | ISD |
| Age | Younger than 35 | 73 | $306 | $186 | $213 | $255 | $360 | $486 |
| | 35-39 | 62 | $349 | $232 | $279 | $335 | $411 | $499 |
| | 40-44 | 32 | $335 | $208 | $255 | $313 | $379 | $504 |
| | 45-49 | 20 | $366 | $210 | $259 | $364 | $450 | $561 |
| | 50-54 | 17 | $425 | $262 | $305 | $435 | $538 | $628 |
| | 55-59 | 8 | $373 | ISD | $243 | $355 | $521 | ISD |
| | 60 or Older | 6 | $486 | ISD | $418 | $500 | $556 | ISD |
| Gender | Male | 182 | $350 | $206 | $250 | $320 | $420 | $550 |
| | Female | 38 | $309 | $169 | $235 | $300 | $370 | $472 |
| Highest Non-Law Degree | Bachelor's Degree | 139 | $340 | $200 | $245 | $310 | $400 | $555 |
| | Master's Degree | 51 | $350 | $200 | $250 | $300 | $450 | $590 |
| | Doctorate Degree | 29 | $348 | $205 | $265 | $350 | $414 | $520 |
| Ethnicity | White/Caucasian | 184 | $342 | $205 | $250 | $313 | $402 | $518 |
| | Black/African American | 6 | $438 | ISD | $333 | $445 | $556 | ISD |
| | Hispanic/Latino | 6 | $380 | ISD | $250 | $375 | $470 | ISD |
| | Asian/Pacific Islander | 17 | $354 | $183 | $210 | $315 | $495 | $610 |
| | Other | 4 | $280 | ISD | $214 | $260 | $366 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 9 | $299 | ISD | $192 | $275 | $400 | ISD |
| | 3-5 | 16 | $280 | $159 | $200 | $250 | $340 | $450 |
| | 6-10 | 27 | $285 | $192 | $235 | $280 | $325 | $370 |
| | 11-25 | 49 | $326 | $200 | $245 | $300 | $380 | $470 |
| | 26-50 | 52 | $325 | $205 | $236 | $300 | $388 | $518 |
| | 51-100 | 30 | $417 | $276 | $300 | $383 | $481 | $650 |
| | 101-150 | 15 | $299 | $181 | $250 | $280 | $330 | $467 |
| | More than 150 | 17 | $466 | $349 | $398 | $425 | $538 | $630 |

EXHIBIT D

# AIPLA

# 2017 Report of the Economic Survey

Prepared Under Direction of
Law Practice Management Committee

**American Intellectual Property Law Association**
1400 Crystal Drive, Suite 600
Arlington, Virginia 22202
www.aipla.org



**American Intellectual Property Law Association**
Serving America's Legal and Creative Community

# Report of the Economic Survey 2017

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

Donika P. Pentcheva, Chair
Frank L. Gerratana, Vice Chair

June 2017

Prepared by:



910 Clopper Road, Suite 210N ■ Gaithersburg, Maryland 20878
TEL: (240) 268-1262 ■ ARI@associationresearch.com

# AIPLA Law Practice Management 2017 Economic Survey Participants

**We would like to thank those who helped put together and review
this year's AIPLA Economic Survey:**

**Donika Pentcheva**:  PayPal – Chair of LPM Committee

**Frank Gerratana**: Fish & Richardson, PC – Vice Chair of LPM Committee and

Chair of Economic Survey Subcommittee

---

## Economic Survey Subcommittee Members:

**Ashraf Abdul-Mohsen**: ARI

**Ariana Fleishman**: PiVerse Inc.

**Rey Barceló**: Barceló, Harrison & Walker

**Megan Kirkegaard**: ARI

**Kristin Cleveland**: Klarquist Sparkman, LLP

**Steven Petkovsek**: Fish & Richardson, PC

**Meghan Donohoe**: AIPLA

---

©2017 American Intellectual Property Law Association

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by an information storage and retrieval system, without permission in writing from the publisher.

Copies of this report are available from AIPLA at a cost of $45 per copy for members and $495 per copy for non-members.

American Intellectual Property Law Association
1400 Crystal Drive, Suite 600
Arlington VA 22202
(703) 415-0780
www.aipla.org

## Average hourly billing rate in 2016 (Q30)

*Private Firm, Partner*

| | | Average hourly billing rate in 2016 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 331 | $503 | $301 | $373 | $450 | $580 | $799 |
| Years of Intellectual Property Law Experience | 5-6 | 6 | $327 | ISD | $250 | $330 | $375 | ISD |
| | 7-9 | 11 | $382 | $256 | $300 | $350 | $445 | $690 |
| | 10-14 | 43 | $381 | $297 | $315 | $365 | $421 | $517 |
| | 15-24 | 131 | $498 | $321 | $375 | $450 | $600 | $750 |
| | 25-34 | 85 | $553 | $348 | $400 | $490 | $675 | $900 |
| | 35 or More | 55 | $575 | $348 | $420 | $525 | $700 | $962 |
| Location | Boston CMSA | 13 | $632 | $295 | $410 | $700 | $800 | $994 |
| | NYC CMSA | 26 | $582 | $386 | $433 | $540 | $705 | $930 |
| | Philadelphia CMSA | 13 | $578 | $328 | $450 | $550 | $738 | $884 |
| | Washington, DC CMSA | 52 | $535 | $346 | $400 | $470 | $681 | $818 |
| | Other East | 12 | $397 | $250 | $350 | $390 | $483 | $528 |
| | Metro Southeast | 12 | $481 | $268 | $365 | $438 | $510 | $950 |
| | Other Southeast | 12 | $384 | $305 | $341 | $363 | $424 | $525 |
| | Chicago CMSA | 24 | $562 | $380 | $453 | $522 | $640 | $895 |
| | Minne.-St. Paul PMSA | 13 | $484 | $280 | $358 | $425 | $598 | $763 |
| | Other Central | 70 | $398 | $290 | $320 | $378 | $446 | $593 |
| | Texas | 32 | $606 | $334 | $413 | $528 | $819 | $900 |
| | Los Angeles CMSA | 7 | $575 | ISD | $400 | $525 | $770 | ISD |
| | San Francisco CMSA | 13 | $634 | $401 | $478 | $525 | $798 | $1,022 |
| | Other West | 32 | $417 | $300 | $318 | $390 | $469 | $578 |
| IP Technical Specialization (>=50%) | Biotechnology | 19 | $551 | $285 | $370 | $420 | $750 | $950 |
| | Chemical | 28 | $433 | $299 | $350 | $420 | $500 | $630 |
| | Computer Hardware | 5 | $669 | ISD | $413 | $700 | $910 | ISD |
| | Computer Software | 33 | $493 | $309 | $353 | $450 | $535 | $783 |
| | Electrical | 25 | $518 | $318 | $350 | $450 | $673 | $840 |
| | Mechanical | 71 | $446 | $303 | $350 | $400 | $513 | $634 |
| | Medical/ Health Care | 15 | $450 | $298 | $380 | $400 | $550 | $564 |
| | Pharmaceutical | 9 | $786 | ISD | $500 | $900 | $1,025 | ISD |
| Age | Younger than 35 | 3 | $367 | ISD | ISD | $350 | ISD | ISD |
| | 35-39 | 22 | $354 | $250 | $300 | $348 | $405 | $457 |
| | 40-44 | 37 | $471 | $299 | $335 | $390 | $600 | $750 |
| | 45-49 | 52 | $474 | $300 | $350 | $423 | $528 | $791 |
| | 50-54 | 84 | $490 | $315 | $390 | $450 | $550 | $785 |
| | 55-59 | 52 | $535 | $344 | $389 | $478 | $593 | $900 |
| | 60 or Older | 79 | $573 | $373 | $420 | $525 | $700 | $950 |
| Gender | Male | 284 | $504 | $315 | $375 | $450 | $575 | $790 |
| | Female | 43 | $485 | $300 | $330 | $425 | $605 | $846 |
| Highest Non-Law Degree | Bachelor's Degree | 219 | $495 | $310 | $365 | $440 | $565 | $795 |
| | Master's Degree | 69 | $542 | $300 | $398 | $500 | $690 | $850 |
| | Doctorate Degree | 29 | $481 | $300 | $340 | $450 | $600 | $785 |
| Ethnicity | White/Caucasian | 293 | $503 | $300 | $374 | $450 | $578 | $800 |
| | Hispanic/Latino | 6 | $486 | ISD | $303 | $483 | $668 | ISD |
| | Asian/Pacific Islander | 14 | $533 | $325 | $393 | $505 | $620 | $848 |
| | Other | 5 | $516 | ISD | $333 | $375 | $770 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 33 | $380 | $250 | $300 | $350 | $410 | $530 |
| | 3-5 | 59 | $414 | $300 | $360 | $390 | $450 | $535 |
| | 6-10 | 46 | $446 | $300 | $350 | $425 | $531 | $604 |
| | 11-25 | 67 | $447 | $300 | $350 | $400 | $500 | $604 |
| | 26-50 | 38 | $517 | $314 | $418 | $495 | $568 | $754 |
| | 51-100 | 46 | $622 | $379 | $450 | $568 | $789 | $950 |
| | 101-150 | 18 | $634 | $401 | $475 | $615 | $756 | $853 |
| | More than 150 | 20 | $837 | $603 | $669 | $825 | $984 | $1,095 |

**Private Firm, Associate**

## Average hourly billing rate in 2016 (Q30)

*Private Firm, Associate*

| | | Average hourly billing rate in 2016 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 186 | $386 | $225 | $274 | $340 | $475 | $606 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 39 | $314 | $205 | $250 | $280 | $360 | $525 |
| | 5-6 | 32 | $312 | $220 | $246 | $278 | $339 | $509 |
| | 7-9 | 36 | $442 | $273 | $325 | $378 | $578 | $685 |
| | 10-14 | 30 | $377 | $250 | $274 | $343 | $424 | $618 |
| | 15-24 | 29 | $439 | $300 | $323 | $450 | $498 | $650 |
| | 25-34 | 11 | $485 | $269 | $375 | $480 | $575 | $800 |
| | 35 or More | 5 | $601 | ISD | $418 | $640 | $765 | ISD |
| Location | Boston CMSA | 14 | $479 | $235 | $321 | $505 | $593 | $738 |
| | NYC CMSA | 14 | $461 | $205 | $316 | $413 | $610 | $775 |
| | Philadelphia CMSA | 3 | $338 | ISD | ISD | $340 | ISD | ISD |
| | Washington, DC CMSA | 37 | $452 | $278 | $323 | $400 | $555 | $700 |
| | Other East | 10 | $334 | $205 | $288 | $325 | $389 | $487 |
| | Metro Southeast | 8 | $343 | ISD | $269 | $343 | $369 | ISD |
| | Other Southeast | 4 | $300 | ISD | $228 | $316 | $358 | ISD |
| | Chicago CMSA | 7 | $351 | ISD | $275 | $310 | $475 | ISD |
| | Minne.-St. Paul PMSA | 10 | $294 | $165 | $239 | $270 | $351 | $466 |
| | Other Central | 33 | $283 | $215 | $233 | $260 | $316 | $387 |
| | Texas | 12 | $435 | $253 | $328 | $415 | $565 | $682 |
| | Los Angeles CMSA | 5 | $412 | ISD | $320 | $370 | $525 | ISD |
| | San Francisco CMSA | 4 | $476 | ISD | $413 | $488 | $529 | ISD |
| | Other West | 25 | $385 | $223 | $250 | $365 | $475 | $632 |
| IP Technical Specialization (>=50%) | Biotechnology | 8 | $496 | ISD | $364 | $468 | $656 | ISD |
| | Chemical | 16 | $326 | $216 | $231 | $313 | $344 | $516 |
| | Computer Hardware | 4 | $366 | ISD | $249 | $310 | $540 | ISD |
| | Computer Software | 30 | $385 | $223 | $271 | $358 | $464 | $569 |
| | Electrical | 15 | $355 | $209 | $260 | $325 | $400 | $560 |
| | Mechanical | 48 | $334 | $220 | $250 | $333 | $400 | $475 |
| | Medical/ Health Care | 5 | $379 | ISD | $250 | $375 | $510 | ISD |
| | Pharmaceutical | 9 | $424 | ISD | $283 | $380 | $570 | ISD |
| Age | Younger than 35 | 41 | $317 | $201 | $243 | $300 | $355 | $519 |
| | 35-39 | 55 | $387 | $226 | $260 | $335 | $505 | $632 |
| | 40-44 | 27 | $374 | $222 | $260 | $325 | $470 | $650 |
| | 45-49 | 24 | $397 | $225 | $311 | $393 | $490 | $575 |
| | 50-54 | 11 | $421 | $317 | $325 | $340 | $455 | $792 |
| | 55-59 | 11 | $439 | $242 | $300 | $450 | $575 | $670 |
| | 60 or Older | 15 | $506 | $307 | $375 | $475 | $640 | $788 |
| Gender | Male | 146 | $385 | $240 | $275 | $340 | $463 | $600 |
| | Female | 38 | $388 | $200 | $250 | $350 | $504 | $651 |
| Highest Non-Law Degree | Bachelor's Degree | 115 | $380 | $220 | $260 | $325 | $475 | $608 |
| | Master's Degree | 52 | $387 | $240 | $285 | $350 | $450 | $629 |
| | Doctorate Degree | 15 | $425 | $238 | $315 | $375 | $565 | $663 |
| Ethnicity | White/Caucasian | 157 | $379 | $240 | $275 | $335 | $458 | $600 |
| | Asian/Pacific Islander | 13 | $454 | $205 | $298 | $460 | $593 | $665 |
| | Blended | 3 | $498 | ISD | ISD | $400 | ISD | ISD |
| | Other | 3 | $258 | ISD | ISD | $225 | ISD | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 5 | $241 | ISD | $197 | $225 | $293 | ISD |
| | 3-5 | 13 | $377 | $220 | $250 | $380 | $475 | $552 |
| | 6-10 | 22 | $314 | $210 | $250 | $313 | $353 | $435 |
| | 11-25 | 36 | $350 | $224 | $253 | $318 | $400 | $551 |
| | 26-50 | 35 | $381 | $240 | $290 | $340 | $425 | $605 |
| | 51-100 | 30 | $440 | $260 | $314 | $430 | $516 | $673 |
| | 101-150 | 22 | $360 | $263 | $275 | $333 | $419 | $558 |
| | More than 150 | 18 | $554 | $318 | $449 | $583 | $658 | $733 |

Total Costs: Litigation-Patent Infringement, All Varieties by Location

Litigation-Patent Infringement, All Varieties >$25M Initial case management (000s) by Location (Q36Am)

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash. DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 86 | 7 | 12 | 2 | 9 | 0 | 4 | 1 | 4 | 5 | 11 | 16 | 3 | 5 | 7 |
| Mean (Average) | $209 | $271 | $159 | ISD | $181 | ISD | $173 | ISD | $110 | $360 | $150 | $206 | $340 | $263 | $314 |
| 10th Percentile 10% | $20 | ISD | $13 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $50 | $10 | ISD | ISD | ISD |
| First Quartile 25% | $61 | $100 | $56 | ISD | $110 | ISD | $55 | ISD | $55 | $75 | $75 | $38 | ISD | $45 | $20 |
| Median (Midpoint) | $138 | $150 | $100 | ISD | $200 | ISD | $150 | ISD | $125 | $150 | $120 | $200 | $250 | $100 | $75 |
| Third Quartile 75% | $250 | $300 | $200 | ISD | $275 | ISD | $313 | ISD | $150 | $750 | $250 | $363 | ISD | $563 | $350 |
| 90th Percentile 90% | $500 | $500 | $470 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $250 | $500 | ISD | ISD | ISD |

Litigation-Patent Infringement, All Varieties >$25M Inclusive of discovery, motions, and claim construction (000s) by Location (Q36An)

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash. DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 83 | 7 | 12 | 2 | 9 | 0 | 4 | 1 | 4 | 5 | 10 | 15 | 3 | 4 | 7 |
| Mean (Average) | $2,000 | $2,250 | $2,171 | ISD | $2,111 | ISD | $1,063 | ISD | $1,238 | $2,080 | $1,621 | $2,407 | $2,233 | $2,325 | $1,779 |
| 10th Percentile 10% | $446 | ISD | $575 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $311 | $580 | ISD | ISD | ISD |
| First Quartile 25% | $750 | $1,000 | $850 | ISD | $400 | ISD | $638 | ISD | $638 | $900 | $478 | $750 | ISD | $575 | $150 |
| Median (Midpoint) | $1,700 | $2,000 | $2,750 | ISD | $2,000 | ISD | $825 | ISD | $950 | $1,200 | $1,250 | $1,800 | $2,000 | $1,650 | $1,500 |
| Third Quartile 75% | $3,000 | $3,000 | $3,000 | ISD | $3,450 | ISD | $1,725 | ISD | $2,125 | $3,700 | $2,375 | $3,800 | ISD | $4,750 | $3,500 |
| 90th Percentile 90% | $4,000 | ISD | $3,350 | ISD | ISD | ISD | ISD | ISD | ISD | ISD | $4,850 | $5,600 | ISD | ISD | ISD |

Litigation-Patent Infringement, All Varieties >$25M Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (000s) by Location (Q36Ao)

| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash. DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Respondents | 86 | 7 | 12 | 2 | 10 | 0 | 4 | 1 | 5 | 5 | 10 | 16 | 3 | 4 | 7 |
| Mean (Average) | $3,831 | $3,714 | $4,563 | ISD | $4,555 | ISD | $2,125 | ISD | $3,700 | $4,440 | $2,267 | $4,394 | $5,467 | $4,250 | $3,093 |
| 10th Percentile 10% | $535 | ISD | $1,765 | ISD | $102 | ISD | ISD | ISD | ISD | ISD | $500 | $1,040 | ISD | ISD | ISD |
| First Quartile 25% | $1,500 | $3,000 | $2,000 | ISD | $1,375 | ISD | $1,625 | ISD | $1,750 | $1,850 | $575 | $1,500 | ISD | $1,000 | $500 |
| Median (Midpoint) | $3,000 | $3,500 | $4,500 | ISD | $4,250 | ISD | $2,000 | ISD | $2,500 | $5,000 | $900 | $3,500 | $6,000 | $4,250 | $2,500 |
| Third Quartile 75% | $5,850 | $5,000 | $6,875 | ISD | $6,000 | ISD | $2,750 | ISD | $6,250 | $6,750 | $3,750 | $6,500 | ISD | $7,500 | $5,500 |
| 90th Percentile 90% | $7,650 | ISD | $9,100 | ISD | $14,100 | ISD | ISD | ISD | ISD | ISD | $6,450 | $10,100 | ISD | ISD | ISD |

# EXHIBIT E

# REDACTED
# IN ITS
# ENTIRETY