# EXHIBIT 1

# REDACTED IN ITS ENTIRETY

# EXHIBIT 2

REDACTED

IN ITS

ENTIRETY