IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | § | C.A. No. 12-cv-1581 (LPS) |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | JURY TRIAL DEMANDED |
| | § | |
| TREND MICRO INCORPORATED, et al. | § | **REDACTED:** |
| | § | **PUBLIC VERSION** |
| Defendants. | § | |

### DECLARATION OF PARKER C. FOLSE IN SUPPORT OF IV'S OBJECTIONS TO TREND MICRO'S OPENING BRIEF IN SUPPORT OF ITS ACCOUNTING OF ATTORNEYS FEES

I, Parker C. Folse, declare:

1. I am an attorney in the law firm of Susman Godfrey L.L.P., counsel for Plaintiff Intellectual Ventures I LLC in the above-captioned action. I am admitted to practice before this Court *pro hac vice*, and submit this declaration in support of Plaintiff IV's Responsive Brief to Trend Micro's Opening Brief In Support of Its Accounting of Attorneys Fees. The factual matters set forth and the assertions made herein are true and correct to the best of my knowledge, information, and belief.

2. Attached as Exhibit 1 are true and correct excerpts from the transcript of Oral Argument Hearing on August 31, 2017, before Honorable Leonard P. Stark.

3. Attached as Exhibit 2 is a true and correct copy of a chart that IV prepared to estimate Trend Micro's claimed fees for Dr. Aviel Rubin's Supplemental Expert Report.

4. Attached as Exhibit 3 is a true and correct copy of a chart that IV prepared to estimate Trend Micro's joint billing for preparing expert reports for Drs. Aviel Rubin and Atul Prakash.

1

5. Attached as Exhibit 4 is a true and correct copy of a chart that IV prepared to estimate Trend Micro's billing entries for ▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮▮▮.

6. Attached as Exhibit 5 is true and correct copy of the Supplemental Expert Report of Aviel Rubin Concerning the Invalidity of U.S. Patent No. 6,460,050.

7. Attached as Exhibit 6 is a true and correct copy of a chart that IV prepared to estimate Trend Micro's Claimed Fees for Dr. Atul Prakash's Supplemental Expert Report.

8. Attached as Exhibit 7 are true and correct of excerpts from the transcript of Oral Argument Hearing on April 10, 2015, before Honorable Leonard P. Stark.

9. Attached as Exhibit 8 is true and correct of copy of a chart that IV prepared to estimate Trend Micro's time entries related to claim construction.

10. Attached as Exhibit 9 is a true and correct copy of a chart that IV prepared to estimate Trend Micro's fees for internal communications.

11. Attached as Exhibit 10 is a true and correct copy of charts of AIPLA Survey Mean (Average) Rates.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of November, 2017.

/s/   Parker C. Folse
Parker C. Folse