IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 12-1581 (LPS) |
| v. ) | |
| ) | |
| TREND MICRO INCORPORATED and ) | **PUBLIC VERSION** |
| TREND MICRO, INC. (USA), ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF KAREN JACOBS IN SUPPORT OF TREND MICRO'S REPLY BRIEF IN SUPPORT OF ITS ACCOUNTING OF ATTORNEYS' FEES

I, Karen Jacobs, declare and state as follows:

1. I am a partner with the law firm of Morris, Nichols, Arsht & Tunnel LLP ("MNAT"), and counsel for Defendants Trend Micro Incorporated and Trend Micro, Inc. (USA) (collectively, "Trend Micro") in the above-captioned litigation.  I submit this declaration supporting the accounting of attorneys' fees submission by Trend Micro based on personal knowledge following a reasonable investigation.  I incorporate by reference my prior declaration in support of Trend Micro's Accounting of Attorneys' Fees, and the pertinent statement therein regarding invoices, which apply to the invoice discussed in this declaration.  If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached as Exhibit 3 is the following invoice:

| Invoice No. | Date |
|---|---|
| 1706338 | October 31, 2017 |

3. The descriptive nature in the detailed time entries included in these monthly invoices reflect the actual, contemporaneous narratives written by the timekeepers, as reviewed

and edited by me.  MNAT timekeeper records are entered into a time and billing system on a regular basis.  Only the fees actually incurred by Trend Micro are included in this motion.

4. I have reviewed the time entries included with Exhibit 3 and believe the narrative entries reflect a reasonable amount of time devoted to the described tasks, and that each task was reasonably necessary to the matters for which fees are being sought.  The first review occurred at the time of billing.  In that review, I used my regular and ordinary billing judgment to examine the recorded time entries and ensure that the recorded time was reasonable, *e.g.,* that it was not excessive, redundant, or otherwise unnecessary to the litigation, and that any excess amounts were written off.  I performed this review from the same perspective I used when preparing bills for other clients with hourly fee billing agreements and in accordance with the Rules of Professional Conduct.  I performed a second review in connection with preparing this declaration and have reached the same conclusion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 13th day of November 2017.

*/s/ Karen Jacobs*
_____
Karen Jacobs

# EXHIBIT 3
# FULLY REDACTED

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on November 20, 2017, upon the following individuals in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, III, Esquire<br>Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Parker C. Folse III, Esquire<br>Brooke A.M. Taylor, Esquire<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA  98101-3000<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| John P. Lahad, Esquire<br>Weston O'Black, Esquire<br>Richard W. Hess, Esquire<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, TX  77002<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)