IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TREND MICRO INCORPORATED and ) <br> TREND MICRO, INC. (USA), ) <br> ) <br> Defendants. ) | C.A. No. 12-1581 (LPS) <br><br> **PUBLIC VERSION** |

**DECLARATION OF PHILIP OU IN SUPPORT OF TREND MICRO'S REPLY BRIEF IN SUPPORT OF ITS ACCOUNTING OF ATTORNEYS' FEES**

I, Philip Ou, declare and state as follows:

1. I am Of Counsel with the law firm of Paul Hastings LLP ("Paul Hastings"), and counsel for Defendants Trend Micro Incorporated and Trend Micro, Inc. (USA) (collectively, "Trend Micro") in the above-captioned litigation. I was previously a partner and an associate at the law firm of McDermott Will & Emery LLP ("McDermott"), also counsel for Trend Micro. I submit this declaration supporting the accounting of attorneys' fees submission by Trend Micro based on personal knowledge following a reasonable investigation. I incorporate by reference my prior declaration in support of Trend Micro's Accounting of Attorneys' Fees, and the pertinent statement therein regarding invoices apply to the invoices discussed in this declaration. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached as Exhibit F are the following invoices:

| Firm | Invoice No. | Date |
|---|---|---|
| Paul Hastings | 2138518 | October 24, 2017 |
| Paul Hastings | 2139656 | November 13, 2017 |

3. The descriptive nature in the detailed time entries included in these monthly invoices reflect the actual, contemporaneous narratives written by the timekeepers, as reviewed and edited by me and my colleague Yar R. Chaikovsky.

4. I have reviewed the time entries included with Exhibit F and believe the narrative entries reflect a reasonable amount of time devoted to the described tasks, and that each task was reasonably necessary to the matters for which fees are being sought. I used my regular and ordinary billing judgment to examine the recorded time entries and ensure that the recorded time was reasonable, *e.g.,* that it was not excessive, redundant, or otherwise unnecessary to the litigation, and that any excess amounts were written off. I performed this review from the same perspective I used when preparing bills for other clients with hourly fee billing agreements and in accordance with the Rules of Professional Conduct. I also performed a review of all of the time entries included with Exhibit F in connection with preparing this declaration and have reached the same conclusion that each task was reasonably necessary to the matters for which fees are being sought and that the time entries reflect a reasonable amount of time devoted to the described tasks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 13th day of November 2017.

*/s/ Philip Ou*
Philip Ou

# EXHIBIT F

## FULLY REDACTED

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on November 20, 2017, upon the following individuals in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, III, Esquire<br>Brian E. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Parker C. Folse III, Esquire<br>Brooke A.M. Taylor, Esquire<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA  98101-3000<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| John P. Lahad, Esquire<br>Weston O'Black, Esquire<br>Richard W. Hess, Esquire<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, TX  77002<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)